UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Alberto De La Torre

v.                                        Civil No. 11-cv-584-JD

Federal Bureau of Investigations

#### O R D E R

Albert De La Torre, proceeding pro se and in forma pauperis,
filed a complaint on November 17, 2011, alleging that he was
falsely arrested by the Federal Bureau of Investigations and held
without bail for thirty months.  On preliminary review, the
magistrate judge concluded that De La Torre's complaint failed to
state a claim and recommended that the case be dismissed.  De La
Torre did not file an objection to the report and recommendation.

The court has reviewed the magistrate judge's report and
recommendation that the case be dismissed.  As explained in the
report and recommendation, De La Torre did not state a claim in
his complaint upon which relief may be granted.  Therefore, as
the magistrate recommended, the case should be dismissed pursuant
to 28 U.S.C. § 1915A(b)(1).

#### Conclusion

For the foregoing reasons, the magistrate judge's report and
recommendation (document no. 8) is approved and adopted.  The
claims stated in the complaint (document no. 1) are dismissed.

The clerk of court shall enter judgment accordingly and close the case.

SO ORDERED.

Joseph A. DiClerico, Jr.
United States District Judge

June 20, 2012

cc: Albert De La Torre, pro se